IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL ELIJAH ELAM,<br><br>Defendant. | CR 22–16–M–DWM<br><br><br><br>ORDER |

The defendant, Daniel Elijah Elam, has moved unopposed to allow public access via Zoom for the change of plea hearing set for May 23, 2022. However, the Federal Rules of Criminal Procedure expressly prohibit "the broadcasting of judicial proceedings from the courtroom." Fed. R. Crim. P. 53. Accordingly,

IT IS ORDERED that the defendant's motion, (Doc. 22), is DENIED.

DATED this 23rd day of May, 2022.

Donald W. Molloy, District Judge
United States District Court

1