IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22-16-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| DANIEL ELIJAH ELAM, | |
| Defendant. | |

Defendant Daniel Elijah Elam has moved to file two exhibits, Exhibits E and G attached to the Defendant's Sentencing Memorandum, under seal. (Doc. 37.) Because Exhibits E and G contain confidential health information,

IT IS ORDERED that the motion to seal sensitive documents, (Doc. 37), is GRANTED. The Clerk of Court shall file exhibits labeled Exhibit E and G under seal.

DATED this 12th day of September, 2022.

_____
Donald W. Molloy, District Judge
United States District Court

1