IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22-16-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| DANIEL ELIJAH ELAM, | |
| Defendant. | |

At the Government's request, Defendant Daniel Elijah Elam has moved to file two exhibits filed conventionally with the Clerk of Court, Exhibits B and C, under seal. (Doc. 41.)

IT IS ORDERED that the motion to seal sensitive documents, (Doc. 41), is GRANTED. The Clerk of Court shall file exhibits labeled Exhibit B and C under seal.

DATED this 12th day of September, 2022.

Donald W. Molloy, District Judge
United States District Court

1