IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22-16-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| DANIEL ELIJAH ELAM, | |
| Defendant. | |

Plaintiff, United States of America, has moved to dismiss the criminal forfeiture proceedings in this case; Defense counsel does not oppose this motion. (Doc. 52.) The Bureau of Alcohol, Tobacco, Firearms, and Explosives has completed administrative forfeiture proceedings on all firearms, ammunitions, and accessories related to the charge in this case. Due to the completion of the administrative forfeiture, these firearms, ammunitions, and accessories are no longer in Defendant's possession. Accordingly,

IT IS ORDERED that the unopposed motion for dismissal of forfeiture proceedings, (Doc. 52), is GRANTED.

DATED this 28th day of September, 2022.

_____
Donald W. Molloy, District Judge
United States District Court